# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Mendez-Gomez, Luis | CRIMINAL COMPLAINT<br>CASE: 11-34271M<br>Citizenship: MEXICO |

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about November 28, 2011, at or near Tucson, Arizona, in the District of Arizona, Luis MENDEZ-Gomez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Intl Bridge on November 8, 2011, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about November 25, 2011, at or near Sasabe, Arizona, in the District of Arizona, Luis MENDEZ-Gomez, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Luis MENDEZ-Gomez is a citizen of Mexico. On November 8, 2011, Luis MENDEZ-Gomez was lawfully denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Intl Bridge. On November 28, 2011, agents found Luis MENDEZ-Gomez in the United States at or near Tucson, Arizona. Luis MENDEZ-Gomez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Luis MENDEZ-Gomez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Luis MENDEZ-Gomez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on November 25, 2011, at or near Sasabe, Arizona.

| | |
|---|---|
| 11/29/2011<br>File Date | at Tucson, Arizona |

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

Honorable Glenda Edmonds
United States Magistrate Judge

_Signature of Judicial Officer_

FBI Number: 930213MD7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Mendez-Gomez, Luis | CRIMINAL COMPLAINT<br>CASE: 11-34271M |

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form

The Defendant, Mendez-Gomez, Luis , was represented by counsel, Enrique Gonzales (CJA).

The defendant pled guilty to Ct(s) 2 of the complaint on 11/29/2011. Accordingly, Ct(s) 1 of the complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 11/28/2011 |

As pronounced on 11/29/2011, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Sixty(60) Days With Credit For Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Tuesday, November 29, 2011.

Honorable Glenda Edmonds
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 930213MD7

| | |
|---|---|
| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
| DISTRICT OF ARIZONA - TUCSON | |

Date: 11/29/2011  Case Number: 11-34271M

USA vs. **Luis Mendez-Gomez**

U.S. MAGISTRATE JUDGE: GLENDA EDMONDS     Judge AO Code: 70BH
ASSIGNED U.S. Attorney: Christopher Lewis     INTERPRETER REQ'D: Dan Miller
Attorney for Defendant: Enrique Gonzales (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be     **Same**
[X] Petty Offense    [X] Date of Arrest:    **11/28/2011**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Time waived for passage of sentence.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **SIXTY(60) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of right to appeal.
[X] Waiver of right to appeal explained.

OTHER:    Enrique Gonzales (CJA) is appointed as attorney of record for defendant.

|                              |        |
|------------------------------|--------|
| Recorded by Courtsmart       | COP: 1 |
| BY: Armida Butler            | Sent: 0 |
| Deputy Clerk                 | IA: 0  |